IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:16-CR-16 (MTT) |
| | ) |
| CARLTON M. BUTLER, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Federal prisoner Carlton M. Butler has requested the appointment of counsel to assist him with filing a motion for compassionate release. Doc. 109. However, there is no constitutional or statutory right to counsel for motions for sentence reductions. *United States v. Cain*, 827 F. App'x 915, 921 (11th Cir. 2020) (citing *United States v. Webb*, 565 F.3d 789, 794 (11th Cir. 2009)). Butler's case does not appear to warrant appointment of counsel, and Butler has previously displayed his ability to file pro se motions. Docs. 85, 104. Accordingly, Butler's motion for appointment of counsel (Doc. 109) is **DENIED**.

Butler has also moved to supplement his previous motion for compassionate release. Doc. 108. This is unnecessary because Butler may file a new motion for compassionate release that addresses grounds previously unraised that warrant relief. Accordingly, his motion to supplement his previous motion (Doc. 108) is **DENIED**.

**SO ORDERED**, this 30th day of April, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT