IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. 5:16-cr-16 (MTT) |
| ) | |
| CARLTON M. BUTLER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

On January 5, 2021, the Court denied Defendant Carlton Butler's motion for compassionate release. Docs. 104; 105. Butler now moves the Court to "reinstate" his motion for compassionate release. Docs. 112; 113. The Court construes Butler's motion (Docs. 112; 113) as a motion for reconsideration.

Pursuant to Local Rule 7.6, "Motions for Reconsideration shall not be filed as a matter of routine practice." M.D. Ga. L.R. 7.6. Indeed, "reconsideration of a previous order is an extraordinary remedy to be employed sparingly." *Bingham v. Nelson*, 2010 WL 339806 at *1 (M.D. Ga. Jan. 21, 2010) (internal quotation marks and citation omitted). It "is appropriate only if the movant demonstrates (1) that there has been an intervening change in the law, (2) that new evidence has been discovered which was not previously available to the parties in the exercise of due diligence, or (3) that the court made a clear error of law." *Id*. "In order to demonstrate clear error, the party moving for reconsideration must do more than simply restate his prior arguments, and any arguments which the party inadvertently failed to raise earlier are deemed waived." *McCoy v. Macon Water Authority*, 966 F. Supp. 1209, 1222-23 (M.D. Ga. 1997).

-2-

Butler argues that "reconsideration/reinstatement is necessary because the Court failed to follow the clear language of the statute and did not consider (or misunderstood) pertinent information presented by Butler." Docs. 112 at 13; 113 at 14. However, Butler's argument is unsupported. Butler's motion seems to be twenty-eight pages of randomly inserted paragraphs from case law and articles without any connection as to why reconsideration is warranted. Doc. 112; 113. Thus, he has failed to demonstrate that there has been an intervening change in the law, there is newly discovered evidence, or the Court committed clear error. Accordingly, Butler's motion for reconsideration (Docs. 112; 113) is **DENIED**.

**SO ORDERED**, this 7th day of November, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT